In the Matter of HASAUN GRIGGER, Appellant, v BRION D. TRAVIS, as Chairman of New York State Division of Parole, Respondent. [775 NYS2d 707]—Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered June 24, 2003 in a proceeding pursuant to CPLR article 78. The judgment granted respondent's motion to dismiss the petition.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Phillips v Travis,* 289 AD2d 1035 [2001]). Present—Pigott, Jr., P.J., Green, Pine, Wisner and Lawton, JJ.